UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JUNE R. WILLIAMS,

        Plaintiff

v.                                        C-1-05-001

CARI M. DOMINGUEZ, Chairwoman
U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, *et al.*,

        Defendants

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 43) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

2

The Report and Recommendation of the United States Magistrate Judge (doc. no. 43) is hereby **ADOPTED AND INCORPORATED HEREIN BY REFERENCE**. Defendants' Motion to Dismiss (doc. no. 40) is **DENIED** subject to renewal. This case is **RECOMMITTED** to the United States Magistrate Judge for further proceedings according to law.

**IT IS SO ORDERED.**

                                         s/Herman J. Weber
                                Herman J. Weber, Senior Judge
                                  United States District Court