UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JUNE R. WILLIAMS,

        Plaintiff

   v.                                           C-1-05-001

CARI M. DOMINQUEZ, *et al.*,

        Defendants

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 49) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 49) is hereby **ADOPTED AND INCORPORATED HEREIN BY REFERENCE**. Defendant's Motion to Dismiss (doc. no. 46) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE AND TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

                                          __s/Herman J. Weber_____
                                          Herman J. Weber, Senior Judge
                                          United States District Court